```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------

XUEYAN HAN,                                    24-cv-1221 (JGK)

             Plaintiff,                    ORDER

    - against -

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

             Defendant.

-----------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed cross motions to dismiss the complaint. ECF Nos. 14, 17.

SO ORDERED.

Dated:    New York, New York
          October 30, 2024

                                                John G. Koeltl
                                 United States District Judge