UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

XUEYAN HAN,

                Plaintiff,        24-cv-1221 (JGK)

   - against -                  ORDER

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,
                Defendant.

---

JOHN G. KOELTL, District Judge:

The defendant is directed to submit a reply to the plaintiff's opposition to the defendant's motion for summary judgment, see ECF No. 20, by **June 19, 2025**.

SO ORDERED.
Dated:   New York, New York
        June 5, 2025

                                                  John G. Koeltl
                                         United States District Judge