UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
XUEYAN HAN,

                      Plaintiff,                    24 **CIVIL** 1221 (JGK)

      -against-                      **JUDGMENT**

UNITED STATES CITIZENSHIP AND IMMIGRATION
SERVICES.

                      Defendant.
-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 30, 2025, the plaintiff's motion for summary judgment is granted, the defendant's motion for summary judgment is denied, and the case is remanded for a final determination.

**Dated:** New York, New York

      July 2, 2025

                                                  **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                        **BY:**

                                                    **Deputy Clerk**